## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

LAURA KAISER, Individually and as Personal Representative
of the Estate of LAWRENCE EDWIN KAISER, deceased,
and his minor children,

                Plaintiff,

v.     No. CIV 09-126 RB/LFG

BIDAL CANDELARIA, Detention Administrator,
RIO ARRIBA COUNTY JAIL, LARRY DEYAPP,
Case Manager, and RIO ARRIBA COUNTY
COMMISSIONERS,

                Defendants.

### ORDER ADOPTING MAGISTRATE JUDGE'S
### SEALED FINDINGS OF FACT AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Sealed Findings of Fact and Recommended Disposition, filed April 15, 2010 [Doc. 75]. After holding a hearing at which testimony was provided, the Magistrate Judge concluded that the settlement, as it was to be modified, was fair, reasonable and in the best interests of the minor Plaintiffs. Once modified, the Magistrate Judge recommended that this Court approve the settlement with respect to the minor children and that this case be dismissed with prejudice.[1] At the April 15, 2010 hearing, counsel for all parties waived their right to file objections to the Magistrate Judge's proposed findings and recommendation.

The Court has reviewed the terms of settlement set out in the Magistrate Judge's Sealed Findings of Fact and Recommended Disposition and will adopt the findings and recommendation.

---

[1] The Magistrate Judge was notified by counsel of record that the settlement was modified in accordance with the Court's suggestions.

The parties have already filed a Joint Motion to Dismiss, noting their agreement to dismiss this action, with prejudice.

IT IS THEREFORE ORDERED that the Magistrate Judge's Sealed Findings of Fact and Recommended Disposition [Doc. 75] are adopted by the Court.

_____
UNITED STATES DISTRICT JUDGE